ABRAHAM J. MARKEL, Respondent, v. FIRST NATIONAL BANK AND TRUST COMPANY, Formerly FIRST NATIONAL BANK OF ROSCOE, Appellant.— Order denying defendant's motion for a change of venue affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Carswell and Scudder, JJ., concur; Tompkins, J., dissents.

MIDWOOD TRUST COMPANY, Respondent, v. HARRY KOEPPEL CORPORATION, a Bankrupt, and Others, Defendants, Impleaded with WALTER F. KENNEY, as Trustee of HARRY KOEPPEL CORPORATION, a Bankrupt, Appellant.*— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

FLORENCE H. MORDEN, Respondent, v. LEWIS BOWMAN, Appellant.— Order granting plaintiff's motion for examination before trial and for production of papers affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ., concur.

ERNEST W. PETTENGILL, Respondent, v. BEE LINE, INC., and ALFRED EPSTEIN, Appellants.— Order granting a preference reversed on the law and the facts, with ten dollars costs and disbursements, and plaintiff's motion for a preference on the ground of destitution denied, without costs. The plaintiff is residing with his wife, who is earning $3,390 a year as a school teacher, while the plaintiff receives a war pension of thirty dollars a month. Plaintiff and his wife reside in a two-family house owned by the wife and from which she receives an income of about forty dollars a month from the tenant as rental of a part thereof. He is not a public charge and it is far from likely that he will become one. In our opinion the granting of plaintiff's motion by the Special Term was not a proper exercise of discretion and the order under review was improvidently made. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

JULIA PINDZSULA and LADISLOIS PINDZSULA, Appellants, v. KAROL LECHOWICZ, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

KATHARINA PRANGS, Respondent, v. BRADY, CRYAN & COLLERAN, INC., Appellant, and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.